

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Cole Romine,                              * Original Mandamus Proceeding

No. 11-24-00266-CV                              * December 5, 2024

                                               * Memorandum Opinion by Williams, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.